**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

```
FILED

JUL 2 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            JM          DEPUTY
```

UNITED STATES OF AMERICA,                              )        Case No. 07CR2009-LAB
                                                       )
                        v.                             )        JUDGMENT
                                                       )
JORGE GUILLERMO SANCHEZ-MATA                           )        LEILA SAYAR
                                                       )        _____
                                                       )        Defendant's Attorney

REGISTRATION NO. 04409298 _____

VIOLATION: 8:1325 - ILLEGAL ENTRY (MISDEMEANOR)

 _x_ Defendant pleaded guilty to count 1 OF THE INFORMATION
 ___ Count(s) _____ dismissed on the government's oral motion.

**JUDGMENT**
 _x_ Defendant is adjudged guilty on count 1 OF THE INFORMATION

 _x_  UNSUPERVISED Probation for a term of TWO (2) YEARS
on the following conditions:
 _x_ obey all laws, Federal, State and Municipal
 _x_ comply with all lawful rules and regulations of the probation department
 ___ not possess any narcotic drug or controlled substance without a lawful medical prescription
 ___ not transport, harbor or assist undocumented aliens
 _x_ not reenter the United States illegally
 ___ not possess any firearm, destructive device or any other dangerous weapon
 ___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,
      as directed by the probation officer
 ___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses
      a low risk of future substance abuse.
 _x_  Penalty assessment of $ 10 - WAIVED
 _x_ Fine waived            ___ Fine of $
         IT IS ORDERED that the defendant shall notify the United States Attorney for this district within  30  days of any change of
name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay
restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

JULY 26, 2007
_____
Date of Imposition of Sentence

_____
LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE
Entered on:

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

07CR2009-LAB

UNITED STATES OF AMERICA

2007 JUL 26 P CASE NUMBER 07MJ1520-AJB

vs        SOU

ABSTRACT OF ORDER

Booking No. 0440928

Jorge Guillermo Sanchez-Mata

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 7-26-07 _____

the Court entered the following order:

✓_____ Defendant be released from custody.

✓_____ Defendant placed on supervised / (unsupervised probation) supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by
_____Deputy Clerk

Received_____
DUSM

★ U.S. GPO: 1996-783-398/40151

Crim-9    (Rev 6-95)

CLERKS' COPY